DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RYAN LIPNER,**
Appellant,

v.

**RSS UBSBB2013-C6-FL,** et al.,
Appellee.

No. 4D2025-2309

[December 4, 2025]

Appeal of a nonfinal order from the County Court for the Seventeenth Judicial Circuit, Broward County; John Hurley, Judge; L.T. Case No. CONO2521599.

Ryan Lipner, Fort Lauderdale, pro se.

Guy E. Quattlebaum of James N. Brown, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***